

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2014

No. 04-13-00753-CV

Robert **SCHRADE**,
Appellant

v.

Stephen E. **EARLE** MD and Stephen E. Earle MD PA,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-03779
Honorable Laura Salinas, Judge Presiding

# O R D E R

    The Appellant's Unopposed Second Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on May 13, 2014.

PER CURIAM

Attested to: _____
    Keith E. Hottle
    Clerk of Court

